AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Vazquez, Martha A | 2. Court or Organization<br><br>District Court - New Mexico | 3. Date of Report<br><br>05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>106 S. Federal Place, 2nd Flr<br>Santa Fe, NM 87501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council Member | University of Notre Dame Law School |
| 2. Member | Hispanic Women's Council |
| 3. Member | American Law Insitute |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 16 A 10:47 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Vazquez, Martha A | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | US Dept. of Transportation, Federal Highway Admin. - Salary |
| 2. 2007 | City of Espanola, New Mexico - Salary |
| 3. 2007 | Institute of Building Technology & Safety for Board Members - Stipend |
| 4. 2007 | Self-employed, sole proprietor of Engineering Consulting Business |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Mexico Municipal League | | | | Budget Committee Meeting (June 2007) Santa Fe, New Mexico - Travel Expenses |
| 2. | New Mexico Municipal League | | | | Annual New Mexico Association of Counties Meeting, (June 2007) Ruidoso, NM - Travel Expenses |
| 3. | New Mexico Municipal League | | | | Annual Conference (August 2007), Las Cruces, NM - Travel Expenses |
| 4. | New Mexico Municipal League | | | | DWI Council Meeting (October 2007), Las Cruces, NM - Travel Expenses |
| 5. | New Mexico Municipal League | | | | National League of Cities, Exposition of Cities (November 2007), New Orleans, LA - Travel Expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Vazquez, Martha A | 05/15/2008 |

| 6. | City of Espanola | National Association of Latino Elected Officials Annual Meeting, (July 2007) Orlando, FL - Travel Expenses |
|---|---|---|
| 7. | Institute for Building Technology & Safety | Meetings with Louisiana Department of Transportation, (April 2007) New Orleans - Travel Expenses |
| 8. | Institute for Building Technology & Safety | ByLaws Committee Meeting (October 2007), Herndon, VA - Travel Expenses |
| 9. | Institute for Building Technology & Safety | Meeting with IBTS Staff (November 2007), Herndon, VA - Travel Expenses |
| 10. | Institute for Building Technology & Safety | Winter Board Meeting (December 2007), Herndon, VA - Travel Expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Vazquez, Martha A | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One Mastercard | Credit card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vazquez, Martha A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bond | A | Int./Div. | J | T | | | | | |
| 2. U.S. Savings Bond | A | Int./Div. | J | T | | | | | |
| 3. U.S. Savings Bond | A | Int./Div. | J | T | | | | | |
| 4. U.S. Savings Bond | A | None | J | T | | | | | |
| 5. Leon Rios | A | None | K | T | | | | | See Note in Part VII |
| 6. Nicholas II, Mutual Fund, IRA | A | Dividend | K | T | | | | | |
| 7. Del Norte Credit Union Accounts | D | Dividend | J | T | | | | | |
| 8. Rental Property #1, Santa Fe, NM; Appraisal - 7/17/2000 | E | Rent | M | Q | | | | | |
| 9. Rental Property #2, Santa Fe, NM (X) | E | Rent | O | W | | | | | |
| 10. Liquor License Espanola, NM | A | | N | W | | | | | See Note in Part VIII |
| 11. Liquore Store Bldg & Land Espanola, NM | A | | M | W | | | | | See Note in Part VIII |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Vazquez, Martha A | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.    Line 5 - Income Type - Payment of personal loan to Leon Rios

Line 10 - Belongs to ███████ whom I married on June 16, 2006
    Income Type - license has value if sold but not utilizing license at this time
    ████ owns 1/6 interest.

Line 11 - Belongs to ███████ whom I married on June 16, 2006
    Income Type - has value if sold but not selling property at this time
    ████ owns 1/6 interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544